```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION
```

```
JAN LETTERMAN,                   )
                                 )
        Plaintiff                )
                                 )     Case 3:15-1045
v.                               )     Magistrate Judge Bryant
                                 )     Jury Demand
DEPARTMENT OF INTELLECTUAL       )
AND DEVELOPMENTAL DISABILITIES,  )
                                 )
        Defendant                )
```

**TRIAL SCHEDULING ORDER**

The undersigned Magistrate Judge conducted a telephone case management conference with counsel on **November 30, 2015**, and thereafter enters the following order:

**1. Trial Setting:** This case is set for jury trial on **March 7, 2017, at 9:00 a.m., Courtroom 776, 801 Broadway, Nashville, Tennessee.**

**2. Pretrial Conference Setting:** A pretrial conference shall be held **in Magistrate Judge Bryant's Courtroom 776, United States Courthouse, 801 Broadway, Nashville, Tennessee, at 10:00 a.m., on February 17, 2017**. Lead counsel for each party must attend the pretrial conference.

**3. Information Exchanged but not Filed:** By **February 21, 201,** the parties shall exchange copies of exhibits and make available for examination by any opposing party the original of all exhibits. By this same date, the parties shall exchange

designations of portions of depositions which are to be read into evidence during the case-in-chief. The parties should attempt to agree on additions to the designations necessary to put responses into context.

    **4. Filings required prior to Pretrial Conference:** The following shall be filed by **February 14, 2017.**

    a. witness lists;

    b. exhibit lists (Plaintiff's exhibits shall be premarked with numbers; Defendant's exhibits shall be premarked with letters. The authenticity of exhibits should be stipulated to if at all possible. Failure to include an exhibit on this exhibit list will result in its not being admitted into evidence at trial, except upon a showing of good cause.);

    c. stipulations;

    d. an agreed set of jury instructions, with additional electronic copy sent in WordPerfect or MSWord format to the undersigned's clerk (one instruction per page, with heading at the top);[1]

    **5. Motions in Limine**: Motions in limine shall be filed by **February 3, 2017**. Responses shall be filed by **February 10, 2017.**

---

[1] The appropriate email address for service of this electronic copy may be obtained by contacting Chambers at 615-736-5878.

**6. Pretrial Order**: By **February 14, 2017**, the parties shall file a joint proposed Pretrial Order which shall contain the following:

    a. a recitation that the pleadings are amended to conform to the Pretrial Order and that the Pretrial Order supplants the pleadings;

    b. the jurisdictional basis for the action and whether jurisdiction is disputed;

    c. a short summary of each party's theory (prepared by the party);

    d. a listing of the contested issues of law, *with a designation of whether the issue is for the jury or the judge;* and,

    e. a listing of known evidentiary disputes, including those involving deposition designations.

**7. Duration of Trial**: The trial of this case is expected to last three days.

**8. Jury Costs**: If the case settles closer to trial than two business days, the cost of summoning the jury may be assessed against the parties.

It is so **ORDERED**.

        /s/ John S. Bryant
        JOHN S. BRYANT
        United States Magistrate Judge